IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REGINALD A. WOODLIN,        :
    Plaintiff,                 :
                       :
    v.                   :        **CIVIL ACTION NO. 26-CV-2993**
                       :
DEPARTMENT OF THE NAVY, *et al.*,  :
    Defendants.            :

## ORDER

AND NOW, this 14th day of May, 2026, upon consideration of Plaintiff Reginald A. Woodlin's *pro se* Motion to Proceed *In Forma Pauperis* (ECF No. 1), Complaint (ECF No. 2), and Motion to Appoint Counsel (ECF No. 4), it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      The Complaint is **DEEMED** filed.

3.      The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons stated in the Court's Memorandum.

4.      The Motion to Appoint Counsel (ECF No. 4) is **DENIED**.

5.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

_____

**WENDY BEETLESTONE, C.J.**